UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MEDIAONE of SOUTHERN NEW ENGLAND

CIVIL ACTION
NO.05-11488-WGY

V

JOHN KRAPIAN

ORDER OF RECUSAL

YOUNG, C.J.

The presiding judge recuses himself on the ground that he is a shareholder in one of the corporate parties to this litigation.

WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

By the Court,

/s/ Elizabeth Smith
───────────────────
Deputy Clerk