UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

MediaOne of Southern New
    England, Inc.,
        Plaintiff

V

John Krapian,
        Defendant

---

## ANSWER TO COMPLAINT

1.     Denied;

2.     Denied;

3.     Admit;

4.     Admits to residing at 174 Belmont Avenue, Lowell, MA; the defendant denies any other allegations as set forth in Paragraph 4;

5.     Denied;

6.     Admit;

7.     Admits that MediaOne of Southern New England, Inc. (hereinafter "Comcast") provides cable television services; the defendant denies any other allegations as set forth in Paragraph 7;

8.     The defendant is without sufficient knowledge or information as to the truth of the matter asserted and therefore denies same;

9.     The defendant is without sufficient knowledge or information as to the truth of the matter asserted and therefore denies same;

10. The defendant is without sufficient knowledge or information as to the truth of the matter asserted and therefore denies same;

11. Admit;

12. The defendant is without sufficient knowledge or information as to the truth of the matter asserted and therefore denies same;

13. Denied;

14. The defendant is without sufficient knowledge or information as to the truth of the matter asserted and therefore denies same;

15. Denied;

16. Denied;

17. The defendant admits only so much as previously admitted in Paragraphs 1 through 16 in this Answer to the Complaint;

18. Denied;

19. Denied;

20. Admit;

21. Denied;

22. The defendant is without sufficient knowledge or information as to the truth of the matter asserted and therefore denies same;

23. Denied;

24. The defendant admits only so much as previously admitted in Paragraphs 1 through 23 in this Answer to the Complaint;

25. Denied;

26. Denied;

27. Denied.

This Complaint should be dismissed for the following reasons:

1. Failure of the plaintiff to state a claim upon which release can be granted;

2. The defendant never altered the cable boxes as alleged in the Complaint;

3. If the cable boxes have been tampered with, the tampering was a result of some other person's behavior for which the Defendant is not responsible.

Wherefore the Defendant demands that the Complaint be dismissed and that the Defendant be awarded costs and attorney's fees.

Respectfully Submitted,
John Krapian
By his attorney,

*[signature]*

Ann M. Cushing, Esq.
BBO #552099
Cushing & Dolan, P.C.
24 School Street
Suite 300
Boston, MA 02108
(617)523-1555
Fax – (617)523-5653

Date: August 30, 2005

CER... [illegible certificate of service stamp with signature and date 8/31/05]