UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
DOCKET NO. 0511488WGY

**MEDIAONE OF SOUTHERN NEW ENGLAND,**
    **PLAINTIFF**

V.

**JOHN KRAPIAN**
    **DEFENDANT**

## STIPULATION OF DISMISSAL

Now comes the parties in the above-captioned proceeding and hereby stipulate to the dismissal of the above Complaint and Counterclaim, if any, with prejudice and without costs. All rights of appeal are hereby waived.

Assented to:

_____
John M. McLaughlin, Esq.
Green, Miles, Lipton, & Fitz-Gibbon
P.O. Box 210, 77 Pleasant Street
Northampton, MA 01061
Telephone: (413)586-0865

Respectfully submitted,

_____
Ann M. Cushing, Esq.
Cushing & Dolan, P.C.
24 School Street, Suite 300
Boston, MA 02108-5113
Telephone: (617) 523-1555
BBO # 552099

Date: September ____, 2005